FRANK PIARULLI, an Infant by His Father PHILIP PIARULLI, et al., Respondents, v. ALAN LASON, Appellant, et al., Defendant.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.